BRUCE W. KELLEY
Nevada Bar No. 7331
WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
bkelley@winnerfirm.com

Attorneys for Defendant GEICO ADVANTAGE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REYMON BAYLON NORMAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>Defendants. | CASE NO.: 2:20-cv-01214 |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between PETER M. ANGULO, ESQ., of the MOUNTAIN VISTA LAW GROUP, attorneys for the Plaintiff REYMON BAYLON NORMAN and Bruce William Kelley, Esq. of the law offices of WINNER & SHERROD, attorneys for Defendant GEICO ADVANTAGE INSURANCE COMPANY that the above-entitled matter be dismissed with prejudice

Each party to bear their own costs and attorneys' fees.

Dated: December 8, 2020

WINNER & SHERROD

_____
Bruce W. Kelley
Nevada Bar No. 7331
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant GEICO
ADVANTAGE INSURANCE COMPANY

Dated: December 8, 2020

MOUNTAIN VISA LAW GROUP

/s/ Peter M. Angulo
Peter M. Angulo
Nevada Bar No. 3672
Attorneys for Plaintiff
REYMON BAYLON NORMAN

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 9th day of December, 2020

_____
UNITED STATES DISTRICT COURT JUDGE

WINNER & SHERROD

/s/ Bruce W. Kelley
Bruce W. Kelley
Nevada Bar No. 7331
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant GEICO ADVANTAGE INSURANCE COMPANY